STATE OF CONNECTICUT *v.* EDWARD FERREIRA

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Donald D. Dakers*, special public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided November 2, 1999

DIANE FERRARA *v.* HOSPITAL OF
ST. RAPHAEL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 54 Conn. App. 345 (AC 17832), is denied.

NORCOTT and SULLIVAN, Js., did not participate in the consideration or decision of this petition.

*John A. Keyes*, in support of the petition.

*Andrew A. Cohen* and *Kerri Kelemen*, in opposition.

Decided November 2, 1999

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 724 (AC 18130), is granted, limited to the following issue: